

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 21, 2022

**BY ECF**
The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: <u>United States v. Lawrence Edward Barnard, 21 Cr. 696 (RA)</u>

Dear Judge Abrams:

    The Government writes to seek a forty five-day adjournment of the June 24, 2022 deadline to respond to the defendant's letter filed on June 13, 2022 (*see* ECF No. 27). Since the Court's order, a letter from Mei Mei Chen-Barnard, the defendant's purported wife, was filed on the docket. (ECF No. 29). The letter is styled as an "Addendum to Ancillary Petition for Remission or Mitigation," and seeks to challenge the seizure of the property located at 606 Wilcox Avenue, Unit 8, Los Angeles, CA 90004. (*Id.*) The Government seeks the adjournment so that it can investigate the claims set forth in both letters (ECF Nos. 27 and 29).

Application granted. The Government shall respond by August 8, 2022 and serve a copy of this endorsement on Mr. Barnard.

SO ORDERED.

Ronnie Abrams, U.S.D.J.
June 22, 2022

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

by: /s/ Camille Fletcher
Camille L. Fletcher
Assistant United States Attorney
(212) 637-2383

Cc:    Nicholas David Smith, Esq. (ECF)
        Lawrence Barnard (U.S. Mail)