```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED:
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

LAWRENCE EDWARD BARNARD,

Defendant.

No. 21-cr-696 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On February 6, 2023, the Court issued a Memorandum Opinion and Order denying the forfeiture petitions filed by Defendant and his spouse, Mei Mei Chen-Barnard. Thereafter, the Court received a mailed copy of Defendant's letter dated January 30, 2023, stating that Defendant had not received the Court's August 9, 2022 endorsement ordering Defendant to respond to the Government's motion to dismiss by August 30, 2022. Due to the nature of pro se mail intake, the Court did not receive this letter until today.

No later than thirty days after receiving a copy of this order, Defendant shall file a letter setting forth the legal bases for his position, taking into account both the Government's motion to dismiss and the Court's Memorandum Opinion and Order dated February 6, 2023.

SO ORDERED.

Dated:   February 8, 2023
         New York, New York

_____
Ronnie Abrams
United States District Judge